UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI MEEKS, | No. 2:21-cv-00049 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY CHILDREN'S SERVICES DIVISION, et al., | |
| Defendants. | |

  Plaintiff Janai Meeks is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On September 1, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  The time for filing objections has expired, and plaintiff has filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2022 (ECF No. 12) are adopted in full;

2. Plaintiff's February 2, 2022 third amended complaint (ECF No. 11) is dismissed without further leave to amend; and

3. This action is closed.

DATED: January 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE