# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JANAI SERENE OPAL MEEKS,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:21–CV–00049–KJM–DB**

v.

**BUTTE COUNTY CHILDREN'S SERVICES DIVISION, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/17/2023**

**Keith Holland**
Clerk of Court

ENTERED: **January 17, 2023**

by: /s/ E. Rodriguez
Deputy Clerk